United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR SOUTH INC., Plaintiff, v. GOOGLE LLC, Defendant. | Case No.: 4:25-CV-01487-YGR<br>ORDER PROVISIONALLY APPROVING MOTION TO SEAL<br>Re: Dkt. No. 120 |

Before the Court is defendant's Motion to Seal exhibits attached to defendant's opening claim construction brief (Dkt. No. 120). Having considered the papers submitted, the Court hereby **PROVISIONALLY GRANTS** the Motion without prejudice to reconsidering when the merits of the claim construction brief are considered.

This Order terminates Docket No. 120.

**IT IS SO ORDERED.**

Date: September 22, 2026

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE